IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ARTURO JIMENEZ | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 4:20-cv-00216-O |
| SRD, INC., MJCI SHARES LLC; MJCI REAL ESTATE HOLDING LLC, DOS GRINGOS, INC., MJCI CANTINA LTD., MJC CANTINA LLC, AND MERCADO JUAREZ CAFÉ INC. | § § § § § § § § | |
| Defendants, | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is an Agreed Motion for Dismissal with Prejudice (ECF No. 37), filed October 22, 2021. Together, the parties have represented to the Court that all matters in controversy between them have been fully resolved. Accordingly, the Court finds that the Agreed Motion for Dismissal with Prejudice should be **GRANTED**, and any and all causes of action alleged against all Defendants should be **DISMISSED with prejudice** to the reassertion of same or any part thereof, with costs of Court to be paid by the party incurring same.

**SO ORDERED** on this **25th day** of **October, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1